[No. 28996-2-II.  Division Two.  January 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN WILLIAM
GALLAGHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 02-1-00015-5, Richard L. Brosey, J., entered
June 21, 2002. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and
Houghton, J.

[No. 29183-5-II.  Division Two.  January 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN LAMONT
HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-02223-7, James R. Orlando, J., entered
August 6, 2002. *Affirmed* by unpublished opinion per Mor-
gan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 29234-3-II.  Division Two.  January 28, 2004.]

JULIE ANN CHRISTENSEN, *Appellant*, v. G. PERRIN WALKER,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-2-06097-5, M. Karlynn Haberly, J., entered
August 19, 2002. *Reversed* by unpublished opinion per
Quinn-Brintnall, A.C.J., concurred in by Morgan and
Bridgewater, JJ.

[No. 29304-8-II.  Division Two.  January 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEFINA
LOPEZ-SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 02-1-00720-9, James E. Warme, J., and Edward
J. Putka, J. Pro Tem., entered August 28, 2002. *Affirmed* by
unpublished opinion per Houghton, J., concurred in by
Quinn-Brintnall, A.C.J., and Armstrong, J.